IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LAKESIA CHANDLER
Individually, and as Next Friend                                         PLAINTIFF
to Minor Jasmine Davis

v.                           Case No. 2:11-cv-11-DPM

L'OREAL USA INC.;
L'OREAL USA PRODUCTS, INC.; and
WAL-MART STORES, INC.                                                    DEFENDANTS

**ORDER**

For the reasons explained on the record at the end of the 9 May 2011 hearing, Chandler's motion to amend, *Document No. 16*, is granted in part and denied in part. Chandler may amend to substitute the outrage claim and demand a jury. Chandler's request to add claims against Wal-Mart is denied. Wal-Mart's motion to dismiss for failure to state a claim, *Document No. 22*, is granted. The dismissal as to Wal-Mart is without prejudice. Chandler should file her amended complaint—which must reflect all the Court's rulings to date—by 20 May 2011.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 May 2011