IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LAKESIA CHANDLER,
Individually and as Next Friend
to Minor Jasmine Davis                                         PLAINTIFF


v.                          No. 2:11-cv-11-DPM


L'OREAL, USA, INC.;  and
L'OREAL USA PRODUCTS, INC.                          DEFENDANTS


ORDER

For the reasons stated on the record at the 27 September 2011

hearing, Chandler's motion, *Document No. 36*, is granted.  Chandler's

complaint is dismissed without prejudice and without any conditions on

refiling.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge


_13 October 2011_