IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LAKESIA CHANDLER,
Individually and as Next Friend
to Minor Jasmine Davis                                                          PLAINTIFF

v.                              No. 2:11-cv-11-DPM

L'OREAL, USA, INC.; L'OREAL
USA PRODUCTS, INC.; and
WAL-MART STORES, INC.                                                      DEFENDANTS

## JUDGMENT

Chandler's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 October 2011